**UNITED STATES
SECURITIES AND EXCHANGE COMMISSION**
Boston Regional Office
33 Arch St., 24th Floor
Boston, MA 02110
Telecopier: (617) 573-4590

January 14, 2025

**BY ECF**
Honorable James R. Cho, Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    RE:    *SEC v. Cabanes*, No. 1:24-cv-08081-NGG-JRC

Dear Judge Cho:

    I am counsel for the United States Securities and Exchange Commission ("Commission") in the *SEC v. Cabanes* case, and I write in response to the Court's Order dated December 18, 2024, which granted the motion for *pro hac vice* admission that I filed. The Court's Order required me to pay the $200 admission fee that is typically required of counsel appearing *pro hac vice*. Under Local Rule 1.3(l), however, attorneys for government agencies are exempt from paying that fee. Because I am an employee of the Commission, a federal government agency, I request to be exempted from the fee requirement under Local Rule 1.3(l).

    If you need any further information regarding this request, I can be reached at (617) 573-8997 or at LondonD@sec.gov. Thank you very much for your consideration.

                                               Respectfully submitted,

                                               David H. London