

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

June 24, 2025

**VIA ECF**
The Honorable James R. Cho
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1426 South
Brooklyn, New York 11201

  Re: *SEC v. Cabanes*, 24-cv-08081-NGG-JRC (E.D.N.Y.)

Dear Judge Cho:

  Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status report pursuant to the Court's May 20, 2025 order to file a status report letter by June 27, 2025. As described herein and in the SEC's prior status update dated April 23, 2025 (Dkt. No. 12), the SEC is actively attempting to serve Defendant Cabanes with process.

  On November 20, 2024, the SEC filed a civil lawsuit against Cabanes, a French and Australian citizen who, on information and belief, was living and working in Switzerland. The complaint alleges that Cabanes violated the U.S. federal securities laws by participating in a scheme to corruptly influence government officials in India in order to obtain lucrative business for Azure Power Global Limited, a U.S.-listed renewable energy company on whose board of directors Cabanes served. Specifically, the SEC's complaint alleges that in 2022 and 2023, Cabanes and others schemed to make payments to state government officials in India as part of a massive bribery scheme to secure multi-billion-dollar energy projects for Azure Power Global Limited and a second renewable energy company based in India.

  Since the filing of the SEC's prior status update, Switzerland's High Court of the Canton of Zurich, the Central Authority for Switzerland, informed the SEC that it was not able to serve Cabanes with process under the Hague Service Convention for Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters.

      Relatedly, the SEC learned that Cabanes may currently reside in Singapore, not Switzerland. Accordingly, the SEC has undertaken to serve Defendant in accordance with Rule 4(f) of the Federal Rules of Civil Procedure in Singapore, and has requested assistance from Singapore authorities to locate Defendant so that service may be effected on him. That process is ongoing but not yet successful, and the SEC will continue its efforts to serve Defendant.

Sincerely,

/s/ David H. London
David H. London
SECURITIES AND EXCHANGE COMMISSION
Boston Regional Office
33 Arch Street 24th Floor
Boston, MA 02110
(617) 573-8997 (London)
LondonD@sec.gov

*Counsel for Plaintiff Securities and Exchange Commission*