

August 8, 2025

**VIA ECF**
The Honorable James R. Cho
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1426 South
Brooklyn, New York 11201

      Re: *SEC v. Cabanes*, 24-cv-08081-NGG-JRC (E.D.N.Y.)

Dear Judge Cho:

      Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status report pursuant to the Court's June 26, 2025 order to file a status report letter by August 11, 2025. As described herein and in the SEC's prior status updates dated April 23, 2025 (Dkt. No. 12) and June 24, 2025 (Dkt. No. 13), the SEC is actively attempting to serve Defendant Cabanes with process.

      Since the filing of the June 24 status update, the SEC has been making efforts to serve Defendant in accordance with Rule 4(f) of the Federal Rules of Civil Procedure in Singapore. The SEC engaged local counsel in Singapore, who has been actively making attempts at locating Mr. Cabanes. Through this process the SEC learned that Defendant is likely to have departed Singapore. The SEC is continuing its efforts to locate Defendant in other jurisdictions.

      Sincerely,

      /s/ David H. London
      David H. London
      SECURITIES AND EXCHANGE
      COMMISSION
      Boston Regional Office
      33 Arch Street 24th Floor
      Boston, MA 02110
      (617) 573-8997 (London)
      LondonD@sec.gov
      *Counsel for Plaintiff Securities and Exchange Commission*