

UNITED STATES
SECURITIES AND EXCHANGE COMMISSION
33 ARCH STREET, 24TH FLOOR
BOSTON, MA 02110-1424

BOSTON
REGIONAL OFFICE

September 30, 2025

**VIA ECF**
The Honorable James R. Cho
Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East, 1426 South
Brooklyn, New York 11201

    Re:    *SEC v. Cabanes*, **24-cv-08081-NGG-JRC (E.D.N.Y.)**

Dear Judge Cho:

    Plaintiff Securities and Exchange Commission ("SEC") respectfully submits this status report pursuant to the Court's August 12, 2025 order to file a status report letter by October 13, 2025. As described herein and in the SEC's prior status updates dated April 23, 2025 (Dkt. No. 12), June 24, 2025 (Dkt. No. 13), and August 8, 2025 (Dkt. No. 14), the SEC is actively attempting to locate Defendant Cabanes and serve him with process.

    Since the filing of the August 8, 2025 status update, the SEC has continued to make efforts to locate Defendant in order to serve him in accordance with Rule 4(f) of the Federal Rules of Civil Procedure. As previously reported, the SEC learned that Defendant is likely to have departed Singapore. The SEC is continuing its efforts to locate and serve Defendant in other jurisdictions where he may be present.

    Sincerely,

    /s/ David H. London
    David H. London
    SECURITIES AND EXCHANGE
    COMMISSION
    Boston Regional Office
    33 Arch Street 24th Floor
    Boston, MA 02110
    (617) 573-8997 (London)
    LondonD@sec.gov
    *Counsel for Plaintiff Securities and Exchange Commission*