UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>*Plaintiff*,<br>v.<br>GAUTAM ADANI and<br>SAGAR ADANI,<br>*Defendants*. | No. 1:24-CV-08080 (NGG) (JRC)<br><br>**NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

PLEASE TAKE NOTICE that David Gopstein of Hecker Fink LLP hereby appears as counsel for Defendant Sagar Adani in the above-captioned matter.

I certify that I am admitted to practice in this Court.

Dated: January 30, 2026

Respectfully submitted,

/s/ David Gopstein

David Gopstein
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
(332) 910-7159
dgopstein@heckerfink.com

*Counsel for Defendant Sagar Adani*