April 30, 2026

<u>Via ECF</u>

The Honorable James R. Cho
United States Magistrate Judge
United States District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:    *SEC* v. *Adani et al.*, No. 24-cv-08080-NGG-JRC (E.D.N.Y.)

Dear Magistrate Judge Cho:

We represent Gautam and Sagar Adani (the "Defendants") in the above-captioned matter and write jointly with Plaintiff Securities and Exchange Commission ("SEC") (collectively with Defendants, the "Parties") in response to the Court's February 14, 2026 Minute Order to provide a status update.

On April 7, 2026, Defendants filed a pre-motion conference letter explaining the grounds for their motion to dismiss the Complaint.  On April 17, 2026, the Parties requested an extension of the briefing schedule.  On April 20, 2026, Judge Garaufis scheduled a pre-motion conference for May 29, 2026 and stayed briefing for Defendants' anticipated motion to dismiss until the date of the pre-motion conference.

The Parties thank the Court for its attention to this matter.

The Honorable James R. Cho                                                   -2-

Respectfully,

/s/ Christopher M. Colorado

Christopher M. Colorado
(*coloradoch@sec.gov*)
Securities and Exchange Commission
New York Regional Office
100 Pearl Street, Suite 20-100
New York, NY  10004
Tel.:  (212) 336-9143 (Colorado)

*Attorney for Plaintiff*

Robert J. Giuffra, Jr. (*giuffrar@sullcrom.com*)
Nicolas Bourtin (*bourtinn@sullcrom.com*)
Suhana S. Han (*hans@sullcrom.com*)
James M. McDonald (*mcdonaldj@sullcrom.com*)
Andrew J. DeFilippis (*defilippisa@sullcrom.com*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY  10004-2498
Tel.:  (212) 558-4000
Fax:  (212) 558-3588

*Attorneys for Defendant Gautam Adani*

/s/ Timothy D. Sini

Timothy D. Sini (*tsini@nixonpeabody.com*)
NIXON PEABODY LLP
55 W 46th Street, Tower 46
New York, New York  10036
Tel.:  (212) 940-3000
Fax:  (212) 940-3111

Sean Hecker (*shecker@heckerfink.com*)
HECKER FINK LLP
350 Fifth Avenue
New York, New York  10118
Tel.:  (212) 763-0883
Fax:  (212) 564-0883

*Attorneys for Defendant Sagar Adani*